## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 18-2101
_____

James Robert Carlson

Petitioner - Appellant

v.

United States of America

Respondent - Appellee

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:17-cv-04598-DSD)
_____

**JUDGMENT**

Before WOLLMAN, BENTON and ERICKSON, Circuit Judges.

Upon consideration of the application for a certificate of appealability, the application is granted. The case is hereby remanded to the district court with instructions to hold an evidentiary hearing and develop the record on the claims of ineffective assistance of counsel.

August 15, 2018

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Michael E. Gans