UNITED STATES DISTRCIT COURT
DISTRICT OF MINNESOTA
Criminal No.: 12-305(1) (DSD/LIB)

James Robert Carlson,

    Petitioner,

v.                                                  ORDER

Unites States of America,

    Respondent.

_____

    Based upon petitioner's motion for a continuance of the scheduled evidentiary hearing [ECF No. 558], which the government does not oppose, IT IS HEREBY ORDERED that:

1. The motion for extension of time [ECF No. 558] is granted; and

2. The evidentiary hearing set for January 15-16, 2019 is continued with a new date to be scheduled after petitioner's return to Minnesota and upon consultation between counsel and the court.

Dated: January 3, 2019                                s/David S. Doty
                                                                       Davis S. Doty, Judge
                                                                       United States District Court