UNITED STATES DISTRCIT COURT
DISTRICT OF MINNESOTA
Crim. No. 12-305(1) (DSD/LIB)

James Robert Carlson,

      Petitioner,

        v.

                           ORDER FOR RETURN TO
                           CORRECTIONAL INSTITUTION

Unites States of America,

      Respondent.

This matter was before the court on July 10, 2019, for an evidentiary hearing.  Petitioner was brought to Minnesota on a writ from the correctional institute designated by the Bureau of Prisons (Milan, Michigan).  At the conclusion of the hearing the parties agreed that petitioner did not need to remain in this district and the court ordered that petitioner be returned to his designated correctional institution.

This order confirms the court's directive from July 10, 2019, that Mr. Carlson be returned to the correctional institution from which he was brought into the district by writ as soon as possible.

Dated: August 30, 2019           /s David S. Doty
                               David S. Doty, Judge
                               United States District Court